# Order

Michigan Supreme Court
Lansing, Michigan

September 26, 2012

144978

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEFFREY HOWARD KLAASSEN,
      Defendant-Appellant.

SC: 144978
COA: 308300
Livingston CC: 11-019625-FH

_____/

On order of the Court, the application for leave to appeal the March 9, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Livingston Circuit Court for reconsideration of the defendant's motion to withdraw his guilty plea in light of this Court's decision in *People v Cole*, 491 Mich 325 (2012).

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2012

_____
Clerk

p0919